FILED
August 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Michael Trujillo_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**VSC OPERATIONS, LLC** d/b/a **NORTH AMERICAN AUTO CARE** a Delaware Limited Liability Company, and **VSC DIGITAL MEDIA LLC** d/b/a **COMPLETE CAR WARRANTY** a Delaware Limited Liability Company<br>**Defendants.** | EP-22-CV-0193-DG |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant VSC OPERATIONS, LLC d/b/a NORTH AMERICAN AUTO CARE, and VSC DIGITAL MEDIA LLC d/b/a COMPLETE CAR WARRANTY have resolved their case. Plaintiff hereby requests the Court dismiss the case against VSC OPERRATIONS, LLC d/b/a NORTH AMERICAN AUTO CARE AND VSC DIGITAL MEDIA LLC d/b/a Complete Car Warranty with prejudice.

Dated August 17, 2022,                Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-929-1527
Salaiz.ep@gmail.com

**RECEIVED**
August 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § | |
| **Plaintiff,** § § | |
| v. § § | |
| **VSC OPERATIONS, LLC** d/b/a **NORTH AMERICAN AUTO CARE** a Delaware Limited Liability Company, and **VSC DIGITAL MEDIA LLC** d/b/a **COMPLETE CAR WARRANTY** a Delaware Limited Liability Company § § § § § § | **EP-22-CV-0193-DG** |
| **Defendants.** § § | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____

**United States District Judge**

UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF TEXAS
                              EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** | § |
| **Plaintiff,** | § |
| v. | § |
| **VSC OPERATIONS, LLC** d/b/a **NORTH AMERICAN AUTO CARE** a Delaware Limited Liability Company, and **VSC DIGITAL MEDIA LLC** d/b/a **COMPLETE CAR WARRANTY** a Delaware Limited Liability Company | § EP-22-CV-0193-DG |
| **Defendants.** | § |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated August 17, 2022,            Respectfully Submitted,

                                  Erik Salaiz
                                  Plaintiff, Pro Se
                                  319 Valley Fair Way
                                  El Paso, Texas 79907
                                  915-929-1527
                                  Salaiz.ep@gmail.com