UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ**, <br><br> *Plaintiff*, <br><br> v. <br><br> **VSC OPERATIONS, LLC** *d/b/a North American Auto Care* **and VSC DIGITAL MEDIA, LLC** *d/b/a Complete Car Warranty*, <br><br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §   EP-22-CV-00193-DCG |

## ORDER DISMISSING CASE

Before the Court is Plaintiff Erik Salaiz's "Motion to Dismiss with Prejudice" (ECF. No. 5), filed under Federal Rule of Civil Procedure 41(a)(1)(A)(i). In view thereof, the Court enters the following orders:

The Court **ORDERS** that all claims asserted by Plaintiff Erik Salaiz in this action against VSC Operations, LLC and VSC Digital Media, LLC are **DISMISSED WITH PREJUDICE**.

The Court **ORDERS** the District Clerk to **CLOSE** this case.

**So ORDERED and SIGNED this 19th day of August 2022**.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE